In the Matter of FRANCIS J. SMITH, an Attorney, Respondent.

First Department, November 4, 1938.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On July 11, 1938, in the Court of General Sessions of the County of New York, the respondent was sentenced to imprisonment in the penitentiary of that county, having been previously convicted by confession of the crime of forgery in the second degree. Said crime is a felony.

Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, he, therefore, must be disbarred.

Present — MARTIN, P. J., O'MALLEY, GLENNON, UNTERMYER and COHN, JJ.

Respondent disbarred.